TATE v. STATE.

(Court of Criminal Appeals of Texas. Nov. 27, 1912.)

CRIMINAL LAW (§ 1131*) — APPEAL — DISMISSAL.

Where defendant, after appealing from a conviction and filing the transcript, escapes from custody, the appeal will be dismissed.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. §§ 2971–2979, 2985; Dec. Dig. § 1131.*]

Appeal from District Court, Smith County; R. W. Simpson, Judge.

Tom Tate was convicted of murder in the first degree, and he appeals. Dismissed.

N. A. Gentry and J. S. McIlwaine, both of Tyler, for appellant. W. W. Sanders, Dist. Atty., of Gilmer, and C. E. Lane, Asst. Atty. Gen., for the State.

DAVIDSON, P. J. This case was appealed from a conviction for murder in the first degree, with the death penalty assessed. Since filing the transcript or record in this court, appellant has escaped from custody. Satisfactory proof is made to appear by the affidavits of the officer having him in charge.

On account of said escape, the appeal herein is dismissed.

---

SERSION v. STATE.

(Court of Criminal Appeals of Texas. Nov. 27, 1912.)

CRIMINAL LAW (§ 1097*)—APPEAL—AFFIRMANCE—NECESSITY OF BILLS OF EXCEPTION—STATEMENT OF FACTS.

Where the motion for a new trial raised questions which could only be considered in connection with bills of exception or statement of facts, the conviction must be affirmed in the absence of such instruments.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. §§ 2862, 2864, 2926, 2934, 2938, 2939, 2941, 2942, 2947; Dec. Dig. § 1097.*]

Appeal from District Court, Grayson County; J. M. Pearson, Judge.

Marie Sersion was convicted of theft from the person, and she appeals. Affirmed.

C. E. Lane, Asst. Atty. Gen., for the State.

PRENDERGAST, J. The appellant was convicted of the offense of theft from the person, and her punishment fixed at three years in the penitentiary. There is no statement of facts nor bill of exception. There is no question raised or attempted to be raised by the motion for new trial which we can consider without a statement of facts.

Therefore the judgment is affirmed.

---

KINCAID v. STATE.

(Court of Criminal Appeals of Texas. Nov. 27, 1912.)

CRIMINAL LAW (§ 1097*)—APPEAL—STATEMENT OF FACTS—QUESTIONS REVIEWABLE.

Questions presented in the motion for new trial are not reviewable, where there is no statement of facts in the record.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. §§ 2862, 2864, 2926, 2934, 2938, 2939, 2941, 2942, 2947; Dec. Dig. § 1097.*]

Appeal from Red River County Court; George Morrison, Judge.

Sam Kincaid was convicted of crime, and he appeals. Affirmed.

C. E. Lane, Asst. Atty. Gen., for the State.

HARPER, J. Under an indictment charging him with violating the local option law appellant was tried and convicted. No statement of facts accompany the record, and under such circumstances we are unable to review any question presented in the motion for new trial.

The judgment is affirmed.

---

*For other cases see same topic and section NUMBER in Dec. Dig. & Am. Dig. Key-No. Series & Rep'r Indexes